# CHAPTER 13 TRUSTEE

# WAGE ORDER REQUEST

Debtor Name: Jonathan Richie

Case Number:

Last Four Digits of Social Security Number XXX-XX- 6396

I hereby request a wage order be issued to my employer in the amount of: $1,063.00 per month.

Employer: Gulf States Truck & Trailer Repair

Adddress: 13919 River Rd. Ste. 330

City, State, Zip: Luling, LA 70070

Phone:

Debtor Signature: *[signature]*

Date: April 21, 2025