IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JONATHAN L. RICHIE,** | * | **CASE NO. 25-11077** |
| | * | |
| | * | |
| **DEBTOR** | * | **CHAPTER 13** |

### APPLICATION FOR EMPLOYMENT OF ATTORNEY
### AS A PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE IN A CHAPTER 13
### CASE AND VERIFIED STATEMENT OF DISINTERESTEDNESS

Debtor(s) hereby applies to employ an attorney as a professional person pursuant to 11 U.S.C. §§ 327(e) and 328(a) and Bankruptcy Rule 2014 to prosecute a cause of action or suit on his or their behalf. In support of this application, debtor(s) provides the following information:

1. Name of attorneys and firms proposed to be retained: <u>Nick Wooten, Cheeley Law Group LLC, 2500 Old Milton Parkway, Suite 200, Alpharetta, GA 30009</u>.

2. Description of cause of action and date of accrual: *Jonathan L. Richie vs. Quality Carriers, et al.,* In the United States District Court for the Southern District of Alabama, (Mobile), Case No.: 1:24-cv-00218-MU; filed 06/28/2024. The claim is one for injuries suffered from exposure to a nitric acid spill.

3. The proposed fee is a contingent fee of 45% plus reimbursement of out-of-pocket expenses. <u>A copy of the redacted fee agreement is attached</u>. If there is no recovery, the debtor(s) and/or bankruptcy estate will not be responsible for attorney's fees or reimbursement of expenses.

4. Any other attorneys (other than members of the same firm) with whom the proposed attorney has agreed to share compensation: <u>Christine Hernandez, The Hernandez &

<u>Associates Firm, LLC, 1850 Airport Boulevard, Mobile, Alabama 36606.</u><u>The Hernandez Firm referred its cases involving the Creola Nitric Acid Spill to Attorney Nick Wooten and their Firms have a fee split agreement involving those cases.</u>

5. No money has been paid to the proposed attorney or firm in connection with this matter prior to the filing of this application. The proposed attorney has not agreed to share compensation with other attorneys in this matter except as set out above and understands that he or she cannot share any compensation with attorneys other than members of his or her firm unless they are also approved by this court.

6. Upon settlement or completion of the cause of action, the proposed attorney will apply to the court for approval of any settlement recovered on behalf of the debtor(s) and/or the estate and for approval of fees and expenses pursuant to 11 U.S.C. § 328(a) and Bankruptcy Rule 2016.

BROCK & STOUT

/s/ J Burruss Riis Jr
J Burruss Riis {RII003}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 Fax
bankruptcy@brockandstout.com

*Filed on behalf of:*

Nick Wooten, Attorney
Cheeley Law Group LLC
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009

## Verified Statement of Disinterestedness

I declare under penalty of perjury the following:

I have read the statements contained in the preceding application to employ and they are true and correct. I do not represent or hold any interest adverse to the debtor(s) or the estate with respect to the matters upon which I seek to be employed. I have no connection with the chapter 13 trustee, any creditors in this case, the bankruptcy administrator, the debtor(s), or their respective attorneys, or any other party-in-interest, other than the representation of the debtor(s) in the claim or lawsuit relating to which I am applying for employment as a professional person.

Date: 5/19/2025

/s/ Nick Wooten
Nick Wooten, Attorney

## CERTIFICATE OF SERVICE

I certify that I have this date served a true and correct copy of the foregoing upon the United States Bankruptcy Administrator and the Chapter 13 Trustee (cdownload@13mob.com) by electronic noticing in accordance with the local rules of the Bankruptcy Court this 21st day of May, 2025.

BROCK & STOUT

/s/ J Burruss Riis Jr
J Burruss Riis {RII003}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 Fax
bankruptcy@brockandstout.com

*Filed on behalf of:*

Nick Wooten, Attorney
Cheeley Law Group LLC
2500 Old Milton Parkway
Suite 200
Alpharetta, GA 30009