# THE HERNANDEZ & ASSOCIATES FIRM, LLC
# CONTRACT FOR LEGAL SERVICES AND REPRESENTATION

Fee Basis: (select one)

    ____ Contingency (45%):

## Payment Agreement

The undersigned client, **Jonathan Leon Richie** (hereinafter referred to as "Client"), does hereby employ The Hernandez Law Firm, LLC, 1850 Airport Blvd., Mobile, Alabama 36606, ("the Firm") as legal counsel for the above identified legal services. The Client gives and grants the Firm full power to act as legal counsel and to provide legal services in connection with the preparation and/or trial the above referenced matter. Client agrees to maintain $2500 in Trust Account at all times after initial retainer payment until case concluded.

A. Civil

| | Nature of Case | Details | County |
|---|---|---|---|
| | Personal Injury due to a Chemical spill | Acid Spill | Mobile |

It is expressly understood and agreed upon that the assignment of cases is at the sole discretion of the Firm, and that associate counsel, either within or outside of the Firm, may be employed at the sole discretion of the Firm. This is the written notice of association for legal representation. It is expressly understood and agreed that no guarantees or promises have been made about the outcome of the case(s) and that the manner in which the case(s) is concluded, whether by trial, negotiation, mediation, arbitration, stipulation, settlement or otherwise. The Client alone determines the necessity of trial/settlement.

## Attorney/Client Privilege

No one will discuss details of your case with anyone other than yourself. Understand that doing so may waive your attorney-client privilege; even if you request that discussions be had with your parents, spouse, etc. Everything we discuss is protected but what is discussed with a third party at your direction is not protected communication. A request to waive privilege and speak to a third party must be done in writing and notarized.

CLIENT INITIALS _J. L. R_

## Explanation of Contingency Fees

By entering into a contingency fee agreement, you agree that the Firm will take a percentage of the total amounts the Firm recovers on your **behalf, whether through settlement, through the collection of any judgment, or by an agreement for you to be compensated.** The Firm may advance expenses on your behalf. In the event of a recovery for you under such contingency fee agreement, you agree that the Firm may reimburse itself out of the net recovery to you. After the Firm's fees are paid, your recovery is calculated based upon the percentage agreed upon. Finally, in the event of any settlement or collection of money owed to you as a result of the Firm's handling of a legal matter on your behalf, such settlement funds or collection of funds will be paid to the Firm on your behalf and deposited into the Firm's IOLTA bank account where

they must remain for 5 business days before disbursements may begin. The Firm complies with the Rules of Professional Conduct in handling client funds.

As an example, if the Firm has an agreed 40 percent contingency fee with you, and it advances $10 as a client expense on your behalf, then in the event of a $100 settlement, the Firm would earn a $40 fee (40 percent of the total recovery). There would be a $60 net recovery for you, but before such net recovery is paid out to you, the Firm would be reimbursed the $10 it advanced on your behalf in client expenses. The funds paid to you would be $50 in such a scenario. The Firm accounts for all client expenses and other fees it pays or advances on your behalf, and you can get a listing of such expenses and fees at any time. Also, in the event the Firm requires a retainer fee with you in connection with a contingency fee agreement, and the Firm is successful in recovering a settlement for you while earning fees attributable to the retainer fee, you agree that the Firm will earn such agreed upon Contingency Fee on such settlement. The Firm will provide you a credit of the fees earned through such retainer agreement out of the contingency fee the Firm earns so that you are not paying the same fees twice.

As an example, if the Firm requires a $1,000 retainer to be paid for agreed upon work or expenses for the Firm along with the contingency fee agreement for 40 percent related to the same legal matter, then the Firm begins agreed upon work and the itemized billing is provided to you monthly and you pay the expenses, then from the proceeds of settlement that amount you paid would be reimbursed to you. Example: The adverse party agrees to a settlement completely resolving your case for $100,000. The Firm's contingency fee would be $40,000 on such settlement (40 percent of $100,000); however, because the Firm earned part of the retainer fee in the amount of $500, the Firm would take only a $39,500 net Contingency Fee, i.e., a credit of $500 for the retainer fees earned. Further, the Firm would distribute any remaining retainer funds out of the funds it holds in trust for you, which in this example would be the remaining $500 of the retainer. The net recovery from the settlement would be $60,500 to you (minus any applicable client expenses already advanced by the Firm).

**Examples are provided for your understanding purposes only, no guarantee of any particular settlement amount is conveyed by these explanations.**

### Trust Accounts And Retainer Fees

If the Firm is handling a matter for you for which a **retainer fee** is required to be paid, you should know that the Firm will deposit the retainer fee you pay at the inception of your file, and
CLIENT INITIALS _J. L i K_

future retainers you will/may be required to pay, into the Firm's IOLTA bank account where the Firm will hold those funds in trust until such time that the Firm earns the funds as fees, pays client expenses on your behalf, or receives the funds as reimbursement of your client expenses. Each month an invoice is sent to you noting work completed the previous month, and all expenses incurred on your behalf. Your trust account must have a minimum of $2500 balance. When money is moved to pay an invoice you are required to replace the funds in the trust account. By signing this contract, you authorize the Firm to disburse funds from the trust account to pay the invoices each month. In the event that the Firm is handling more than one case, legal matter, or transaction for you, and the Firm requires you to pay a retainer for the Firm to handle each one, you agree that

the Firm can disburse such retainer funds from its trust account as each matter is invoiced in order to pay such invoice(s) unless you tell the Firm otherwise in writing via e-mail or USPS.

### Attorney and Staff Fees

Christine C. Hernandez .................................................................................. $600.00/hr.
Christopher Callaghan, Associate.................................................................. $600.00/hr.
Grady Edmondson, Associate ....................................................................... $375.00/hr.
Brooke Kelly, Associate ................................................................................ $375.00/hr.
ChaLea Tisdale, Of Counsel ......................................................................... $375.00/hr.
Adam Muns, Associate ................................................................................. $375.00/hr.
Paralegals ...................................................................................................... $175.00/hr.
Administrative Staff /Trial Coordinator......................................................... $175.00/hr.

### Additional Fees and Expenses

Process service........................$100/attempt or per invoice provided by the process server.
Private Investigator (bills per his/her individual independent contract with client)..TBD
File/Document Digital Storage Fee .................................................................$35/per case
Exhibits for Deposition/Trial.......................................................................................TBD
Filing Fee....................................................................................................................$350/up
Court Reporter Fees.....................................................................................................$200/up
Transcripts..................................................................................................................$200/up
Subpoenas...................................................................................................................$18/up
Default Judgment Filing..........................................................................................$50/per case
Other ............................................................................................................................TBD

As in all cases involving working relationships, either party to this contract may terminate the agreement and continued working relationship upon reasonable notice to the other party.

### Termination of Agreement and/or Conclusion of Work

It is the client's file and they may cancel this contract at any time with written notice via email to the attorney and a lien for the amount of legal fees and expenses will be attached to the file in the event it is settled with another attorney. At the conclusion of this matter, the Firm will
CLIENT INITIALS __J.L.H__
afford you the opportunity to retrieve a copy of your file if requested. All documents shall be stored in a digital format on the firm server/cloud/storage facility. The Law Firm will retain your legal files for a period of 6 years in a virtual/digital storage format after the file is closed. In the event you want a copy of your file after it is closed, you will need to pay 25 cents per page copying fee to get a paper copy of that file. You may purchase a jump drive for transfer of your documents from the Firm for $175 which includes the cost of the transfer of files to the jump drive plus postage. All costs are due and payable prior to production. At the expiration of the 6-year period the file will be destroyed unless you provide written notification to the firm that you wish to take possession of the file or pay for additional storage time. The firm reserves the right to charge administrative, storage fees and costs associated with researching, retrieving, copying, and

delivering such files at your request if it exceeds a request for more than the single copy of the documents you provided during your case.

      In some instances, cases are handled, and the full retainer is not needed because the work performed was less costly than originally anticipated by the Firm, in such cases a credit will be due and forwarded to you upon final billing. In the event the attorney client relationship is terminated by the client or the attorney, the termination of the working agreement marks the time in which legal work ceases, all prior work will be billed out on a final invoice and will be billed against the retainer, where the retainer exceeds the bill, the balance of the retainer money will be paid to the client via check within 30 days of the final bill. In the event there is money due the firm at the close of the case or the end of the attorney client relationship, a full billing cycle shall pass, and the balance shall be paid in full prior to any refunds. Any bill that remains outstanding beyond that 30-day mark shall incur interest. The interest shall be added to each monthly bill and shall be deemed part of the next month's balance. By signing this agreement, the client acknowledges and agrees to make timely payments on the bill each month, including any and all interest on the bill for late payment or balance carryover under the payment plan recorded on page 1 of this document. In the event the client fails to make payments and collection actions are initiated, the client agrees that the proper venue for litigation of this matter is Mobile, Alabama, as it is the location of the Firm office. Further the client agrees to pay all costs of court filings, process of service costs, legal representation for an associate attorney rate per hour and interest on any judgment in the amount of 12% from the date of the judgment and further agrees to pay 10% interest/month on any balance due prior to the entry of judgment. In signing this contract, Client affirms the attorney-client relationship, affirms approval and acceptance of the terms for contract for employment and affirmatively agrees to the fees, interest and collection costs.

### Client File Retention and Destruction Policy

This Policy is for clients of the Hernandez Law Firm, LLC as it relates to the Retention and Destruction of the Client's File as defined under the Alabama Rules of Professional Conduct and in accord with the Formal Opinion 2010-02 of the Alabama State Bar. Effective February 1, 2020, this Firm has adopted and implemented a File Retention Policy for the standardization of 6 years retention and final destruction of the Client's File. Your file will be electronically stored for a period of 6 years. During the time that we represent you, we will create a file containing the documents that we draft for you, or that we receive from the opposing parties and the court. That file will contain hard copies and/or electronic copies of communications (emails, correspondence, etc), documents (e.g. court filings), materials provided by adverse parties or non-parties, and other documentation that you provide. We scan and save these documents in the file and return the

                                      CLIENT INITIALS _J.C.R_

originals to you same day. You may request electronic copies via email. We scan and save all documents due to limited office/storage space and we maintain those digital files pursuant to the

Alabama State Bar Regulations. It is your responsibility to make sure that you get your file if you want it. We encourage you to pick up your file when we notify you that it is ready, and to keep it for a reasonable period of time after your matter is over, in case you should need any of the information contained in it. We will store your file as required under the Alabama Rules of Professional Conduct. We reserve the right to attempt to deposit such property with the appropriate court if possible if there are physical valuable items. If you have not claimed file after six years, it

will be destroyed in accordance with our file destruction policies. You will not receive any further notice that the retention period has run or that the file has been destroyed.

***The client's possessory rights to the file are subject to an attorney's lien created by Ala. Code §34-3-61 (1975, as amended), for unpaid fees and expenses.*** Therefore, this firm will exercise authority to lien the file in order to collect any outstanding fee. The Client understands and agrees by signing this contract to the establishment of such lien. Further, should it become necessary for Law Firm to retain the services of an attorney to collect any money owed to the Firm the undersigned Client shall be liable for all reasonable attorney fees, filing fees, service fees and court costs incurred for collections of said fee in addition to late fees for non-payment monthly as well as ten percent (10%) interest per month presuit, beginning on the 1stt day of the month after the amount due as invoiced is unpaid. The undersigned client understands, agrees and hereby contracts that should legal action be necessary to collect any outstanding balance, jurisdiction and venue of collection action shall be Mobile County, Alabama and any suit initiated to collect any outstanding sums shall be in Mobile, County. By signing this contract, the client, affirms that this contract is binding on the heirs and assigns of the parties. The Fee and Contract is stated on the first page of this document and continues through the representation contemplated on the first page of this agreement as noted on monthly invoices. Any post-judgments and/or appeals or re-trials will be subject to additional attorney fees. The client agrees that any changes or modifications to this contract must be in writing.

**In WITNESS WHEREOF,** the Firm and client have executed this agreement on this _15_ day of ___May___ 2024.

_____
CLIENT SIGNATURE

_Jonathan L. Richie_
Client Printed Name

**Client Information:**

ADDRESS: _11785 Celeste Highland Dr West Saraland AL 36571_

Phone: _251-423-5030_  Alt: _____  Email: _____

Date of Birth: [redacted]  SN: [redacted]

Attorney quoting fee: _____  Case assigned to: _____ for performance of legal services
Managing Partner: _____

