Form ntchrgbk (04/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

Bankruptcy Proceeding No.: 25–11077
Chapter: 13
Judge: JERRY C. OLDSHUE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Jonathan L. Richie
aka Jonathan Leon Richie, aka Jonathan Richie
11785 Celeste Highland Dr. W.
Saraland, AL 36571

## *NOTICE OF HEARING*

A hearing will be held in Courtroom 2 East, John Archibald Campbell US Courthouse, 113 St. Joseph Street, Mobile, AL 36602–3606 on:

**Date:** 7/9/25

**Time:** 10:30 AM

**Matter:** *17* – Application to Employ Nick Wooten with Cheeley Law Group LLC as Special Counsel for Chapter 13 Debtor(s) on a Contingent Fee Basis. Filed by John Burruss Riis Jr. on behalf of Jonathan L. Richie. (Attachments: # 1 contract) (Riis, John)

If you are represented, please contact your lawyer before the hearing date to:
1. find out whether you should attend, and
2. confirm that the matter has not been resolved or moved to another date.

You must present a valid ID to enter the courthouse. Members of the public are not allowed to bring in weapons of any kind, including pocket knives. Parking information can be found on the court website at www.alsb.uscourts.gov under "court information."

The hearing in this case will be held in person at the courthouse as stated above. However, the hearing will also be available telephonically. As provided by local Administrative Order 2022–10 (available on the court's website), parties and attorneys may participate in the hearing by telephone with some limitations. Attorneys must request permission from chambers in advance. **The conference call dial–in number is 1–650–479–3207, JCO Meeting ID# 2314 412 8931.** The court will be conducting a motion docket with numerous cases set, so please mute your telephone until your case is called.

Dated: 5/21/25

*Andrea D. Redman*
**CLERK, U.S. BANKRUPTCY COURT**

BY ANGIE JEMISON
DEPUTY CLERK