# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1128−1 | User: admin | Date Created: 5/21/2025 |
| Case: 25−11077 | Form ID: ntchrgBK | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr      Christopher Conte      cconte@ch13mob.com
aty      Andrew D. Poston      bankruptcy@brockandstout.com

                                 TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Jonathan L. Richie      11785 Celeste Highland Dr. W.      Saraland, AL 36571
aty      John Burruss Riis, Jr.      Brock & Stout, LLC      P.O. Drawer 311167      Enterprise, AL 36331

                                 TOTAL: 2